UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON THORN,<br><br>                    Plaintiff,<br><br>        v.<br><br>SAC JAIL,<br><br>                    Defendant. | No.  2:23-cv-00069-DAD-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO OBEY A COURT ORDER<br><br>(Doc. No. 5) |

      Plaintiff Jayson Thorn is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On March 8, 2023, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, due to plaintiff's failure to obey a court order.  (Doc. No. 5.)  Specifically, plaintiff on January 18, 2023 was ordered to file a completed *in forma pauperis* application with the court and failed to do so.  (*Id.*)  The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 1.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on March 8, 2023 (Doc. No. 5) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __May 17, 2023__

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE